UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
MAY 16 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. |
| ) | |
| MICAH HINES, ) | |
| ) | 1:18-cr-154 WTL-DML |
| Defendant. ) | |

## INDICTMENT

### COUNT 1
[ Convicted Felon in Possession of Ammunition – 18 U.S.C. § 922(g)(1) ]

The Grand Jury charges that:

On or about April 17, 2018, in the Southern District of Indiana, Indianapolis Division, the Defendant, MICAH HINES, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year,

To wit: Criminal Recklessness, in Marion County, Indiana, Superior Court, on or about October 10, 2017,

did knowingly possess ammunition, to wit: four rounds of Western, .32 auto ammunition, and one round of Rem-UMC, .32-7.65 ammunition, said ammunition having been shipped and transported in interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations in Count One of this Indictment are re-alleged as if fully set forth herein, for the purpose of giving the defendant notice of the United States' intent to seek forfeiture pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

2. If convicted of the offense set forth in Count One of this Indictment, MICAH HINES shall also forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the offense of which he is convicted.

A TRUE BILL:

_____
FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
M. Kendra Klump
Assistant United States Attorney

2